1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

9

UNITED STATES OF AMERICA,

NO. 16 mc 5008 BHS

10

                Plaintiff,

(3:09-CR5455-1)

11

    vs.

12

DIMARE PRINCESTIN,

13

        Defendant/Judgment Debtor,

**Order to Issue a Writ of**
**Continuing Garnishment**

14

    and

15

ILWU / PMA BENEFIT PLANS,

16
17

        Garnishee.

18

    THIS MATTER having come before this Court upon the United States of America's

19
20

Application for a Writ of Continuing Garnishment due and owing to the Defendant/Judgment

21

Debtor, Dimare Princestin, from ILWU / PMA Benefit Plans, the Garnishee, and the Court

22

having reviewed the pleadings herein, it is hereby

23

    ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment

24

against ILWU / Pma Benefit Plans, whose address is ILWU / PMA Benefit Plans, Attn: Jacquie

25

Gasparro, 1188 Franklin St., Suite 101, San Francisco, CA 94109.

26

//

27

//

28

**ORDER TO ISSUE A WRIT OF CONTINUING**
**GARNISHMENT**

1    DATED this _29_ day of _March_, 2016.

2

3    _____
     UNITED STATES DISTRICT COURT JUDGE

4

5    Presented by:

6

7    KYLE A. FORSYTH, WSBA #34609

8    Assistant United States Attorney
     United States Attorneys Office

9    700 Stewart Street, Suite 5220
     Seattle, Washington  98101-1271

10   Telephone: (206) 553-7970
     Fax: (206) 553-4067

11   E-mail:  kyle.forsyth@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970