The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIMARE TEE PRINCESTIN,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>ILWU/PMA BENEFIT PLANS,<br><br>Garnishee. | NO.  3:16-MC-05008-BHS<br><br>(3:09-CR-05455-JRC-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, ILWU/PMA Benefit Plans, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee filed an Answer on April 8, 2016, stating that at the time of the service of the Writ, Garnishee had in its possession, custody or control a ILWU-PMA Defined Benefit Pension Plan, in which Mr. Dimare is 100% vested, but cannot receive payments until April 1, 2019, the beginning of the first month after his 65th birthday. Doc. no. 7 at 2. At that time, or

[PROPOSED] CONTINUING GARNISHEE ORDER
(*USA v. Dimare Tee Princestin and ILWU/PMA Benefit Plans*,
Nos. 3:16-MC-05008-BHS / CR09-05455-JRC-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

upon retirement if later, he will be entitled to receive pension benefits valued at $1,511.17 a month. *Id.*

After notification of the garnishment proceeding was mailed to the parties on or about March 30, 2016, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, ILWU/PMA Benefit Plans, shall pay to the United States District Court for the Western District of Washington, all non-exempt property within the Garnishee's possession, custody, or control, in which the Defendant maintains an interest and meets the requirements to withdraw, to be applied towards the Defendant/Judgment Debtor's criminal restitution judgment. Such amounts will include the non-exempt portion of Mr. Princestin's monthly ILWU-PMA Defined Benefit Pension when he becomes eligible to receive his pension;

That such payments shall be applied to Defendant/Judgment Debtor Princestin's outstanding obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. CR09-05455-JRC-1 and 3:16-MC-05008-BHS, and to deliver such payments either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

[PROPOSED] CONTINUING GARNISHEE ORDER
(*USA v. Dimare Tee Princestin and ILWU/PMA Benefit Plans*,
Nos. 3:16-MC-05008-BHS / CR09-05455-JRC-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 9 day of May, 2016.

_____
JUDGE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

[PROPOSED] CONTINUING GARNISHEE ORDER
(*USA v. Dimare Tee Princestin and ILWU/PMA Benefit Plans*,
Nos. 3:16-MC-05008-BHS / CR09-05455-JRC-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970